DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

3 OCTOBER 2013

| 542P11-2 | Jeffrey Harliss Freeman v. N.C. Department of Public Safety's Secretary of Corrections and Richard L. Neely, Administrator of Piedmont Correctional Institution | 1. Petitioner's *Pro Se* Petition for *Writ of Habeas Corpus*<br><br>2. Petitioner's *Pro Se* Petition for *Writ of Certiorari* to Review the Order of the COA (COAP13-500) | 1. Denied **10/01/13**<br><br>2. Dismissed **10/01/13** |